UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARAMCHAND DOOBAY,

   Petitioner,                                         Case No. 22-cv-12007
                                                         Hon. Matthew F. Leitman

v.

FEDERAL BUREAU OF PRISONS, et al.,

   Respondent,
_____/

**ORDER GRANTING PETITIONER'S MOTION
TO SET ASIDE MOTION TO REOPEN CASE (ECF NO. 19)**

On April 3, 2023, the Court entered an order dismissing this action without prejudice. (*See* Order, ECF No. 16.)  On September 9, 2023, Petitioner filed an Emergency Motion for Permission to Reopen Petition for Writ of Habeas Corpus. (*See* Mot., ECF No. 17.)  Then, on October 6, 2023, Petitioner filed a Motion to Set Aside Motion to Reopen Petition for Writ of Habeas Corpus. (*See* Mot., ECF No 19.)

The Court **GRANTS** Petitioner's Motion to Set Aside Motion to Reopen Petition for Writ of Habeas Corpus.  That motion is terminated and removed from the Court's active docket.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:  October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
